UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

ERIK LARSON,
        Plaintiff,

    v.

UNITED RECOVERY GROUP,
        Defendant.
_____/

No. C 09-5089 JW

**ORDER DENYING REQUEST TO EXCUSE DEFENDANT UNITED RECOVERY GROUP'S INSURANCE CARRIER'S REPRESENTATIVE, STEPHANIE LIZOTTE, FROM PERSONALLY APPEARING AT THE MEDIATION SESSION**

Date:    May 19, 2010
Mediator:    Gregory Walker

IT IS HEREBY ORDERED that the request to excuse defendant United Recovery Group's insurance carrier representative, Stephanie Lizotte, from personally appearing at the May 19, 2010, mediation session before Mark Humbert is DENIED.

IT IS SO ORDERED.

5/5/10                          By:
Dated                                     Elizabeth D. Laporte
                                             United States Magistrate Judge