*E-Filed 5/17/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Erik Larson, | No. C 09-5089 RS |
| Plaintiffs, | **STANDBY ORDER TO SHOW CAUSE** |
| v. | |
| United Recovery Group, | |
| Defendants. | |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **July 15, 2010**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **July 22, 2010, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

No. C 09-05089 RS
STANDBY ORDER TO SHOW CAUSE

IT IS SO ORDERED.

Dated: May 17, 2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE