*E-Filed 5/26/10*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ERIK LARSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED RECOVERY GROUP,<br><br>Defendant. | CASE NO. 09-CV-05089-RS HRL<br><br>**[PROPOSED] ODER RE: SUBSTITUTION OF ATTORNEY FOR DEFENDANT UNITED RECOVERY GROUP** |

Given that the party and the attorneys have consented, June D. Coleman, at Kronick Moskovitz Tiedemann & Girard, is substituted in as attorney of record for the Ellis Coleman Poirier LaVoie & Steinheimer law firm.

**IT IS SO ORDERED.**

Dated: 5/26/10

_____
PRESIDING JUDGE

939675.1      - 1 -      Case No. 09-CV-05089-RS HRL

[PROPOSED] ORDER RE: SUBSTITUTION OF ATTORNEY FOR DEFENDANT UNITED RECOVERY GROUP

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
ATTORNEYS AT LAW
SACRAMENTO