*E-Filed 7/16/10*

# UNITED STATES DISTRICT COURT,
## NORTHERN DISTRICT OF CALIFORNIA,
## OAKLAND DIVISION

| | |
|---|---|
| ERIK LARSON,<br><br>　　　　Plaintiff,<br>　v.<br>UNITED RECOVERY GROUP,<br>　　　　Defendant. | Case No.: 5:09-cv-05089-RS<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  7/16/10

_____
United States District Judge

---